# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139682 (5)

DAVID HARDY,

       Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,

       Defendant.

_____

SC: 139682
AGC:  0340/09; 0341/09

On order of the Chief Justice, the motion for reconsideration of the order of September 18, 2009 is considered and it is DENIED because it does not appear the order was entered erroneously.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2009


Clerk